IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE L. PARMENTER, | No. CIV S-09-1664-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motions for an extension of time (Docs. 7, 9) to resolve the fee status of this case.[1]  Good cause appearing therefor, the request will be granted.  Plaintiff will be required to submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his prison trust account statement, or pay the

---

[1] The court notes Plaintiff sent the court a prisoner trust fund account statement, which was received on July 13, 2009.  However, the trust fund statement Plaintiff submitted was not a certified copy.  Plaintiff is informed that the Federal Rules of Civil Procedure require a prisoner to submit a certified copy of his trust account statement with his application to proceed in forma pauperis.

1

appropriate filing fee within 30 days of the date of this order.  Plaintiff is warned that failure to resolve fees within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 11-110.

Petitioner also appears to be requesting leave of court to file an amended complaint.  Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend his pleading once as a matter of right at any time before being served with a responsive pleading. A review of the docket reflects that no responsive pleading has been served.  In fact, his original complaint has not yet been screened, and no defendant has been served.  Therefore, plaintiff's motion will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for additional time to submit his completed application for leave to proceed in forma pauperis (Docs, 7,9) are granted;

2. Plaintiff shall submit, on the form provided by the Clerk of the Court, a complete application for leave to proceed in forma pauperis, with the required certified copy of his prison trust account statement, or pay the appropriate filing fee within 30 days of the date of this order;

3. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff request for leave to file an amended complaint is denied as unnecessary.

DATED:  July 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE