IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE L. PARMENTER, | No. CIV S-09-1664-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is Plaintiff's third request for appointment of counsel (Doc. 23).

Plaintiff is now claiming that he has disabilities requiring the appointment of counsel. The court previously informed Plaintiff that the United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). Only in certain exceptional circumstances, may the court request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court previously determined that the

present case does not present the required exceptional circumstances.  Plaintiff claims his disabilities, including low cognitive functions as well as visual and mobility impairment, requires appointment of counsel.  However, physical disabilities are not the type of exceptional circumstances which necessarily require the court to request voluntary assistance of counsel.  Although Plaintiff is also claiming low cognitive function, his has been able to articulate his claims and there has been no showing that he is unable to understand the court's orders.  Plaintiff has not demonstrated his disability hinders his ability to articulate his claims pro se, nor has he demonstrated a likelihood of success on the merits.  See Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the appointment of counsel (Doc. 23) is denied.

DATED: November 18, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE