IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE L. PARMENTER, | No. CIV S-09-1664-CMK-P |
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |
| / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On October 29, 2009, the court directed plaintiff to file an amended complaint within 30 days. On December 15, 2009, the court granted plaintiff an additional 30 days to file an amended complaint. Plaintiff failed to file his amended complaint within the time provided. The court then issued an order to show cause why this action should not be dismissed for Plaintiff's failure to file an amended complaint. Plaintiff responded to that order, indicating that he was still trying to obtain necessary information. The court discharged the pervious order to show cause on May 6, 2010, and provided Plaintiff with an additional 45 days in which to file his

1  amended complaint.  Plaintiff was again cautioned that failure to do so may result in the
2  dismissal of this action for lack of prosecution and failure to comply with court rules and orders.
3  See Local Rule 110.  To date, plaintiff has not filed an amended complaint.
4        Plaintiff shall again show cause in writing, within 30 days of the date of this order,
5  why this action should not be dismissed for failure to file an amended complaint.  In his response
6  to this order, if Plaintiff claims he needs additional time, he will be required to explain what
7  attempts he has made to obtain the information he needs to complete his amended complaint.  If
8  he fails to show good cause, his request for additional time will not be granted.  Plaintiff is again
9  warned that failure to respond to this order may result in dismissal of the action for the reasons
10 outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.
11       IT IS SO ORDERED.

DATED:  July 2, 2010

                                        /s/ Craig M. Kellison
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE