IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE L. PARMENTER, | | No. CIV S-09-1664-CMK-P |
| Plaintiff, | | |
| vs. | | ORDER |
| DEPARTMENT OF CORRECTIONS, | | |
| Defendants. | | |
| _____/ | | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

  Plaintiff's complaint has been dismissed, but he has been granted leave to file an amended complaint. Plaintiff has twice been ordered to show cause why this action should not be dismissed for his failure to file an amended complaint as ordered. However, in his latest filing, it appears that Plaintiff is unsure what the court is ordering him to do.

  On October 29, 2009, the undersigned issued an order dismissing Plaintiff's complaint for failure to name any individual who was responsible for his alleged constitutional violation. Plaintiff was also provided information as to what is necessary to state a claim for the

1

depravation of medical treatment he was claiming. Plaintiff was then provided the opportunity and time to file an amended complaint. As he now states he is unsure what to do, the court will direct the Clerk of the Court to provide Plaintiff with a copy of that order which explains what Plaintiff is to do. In addition, the undersigned will request the Clerk of the Court send Plaintiff a blank prisoner civil rights form complaint for Plaintiff's use. If Plaintiff wishes to proceed in this action, an amended complaint is necessary. He may use the form provided by the court, indicating in the caption that it is an amended complaint. He must also identify what individual is responsible for his alleged constitutional violation and why, as set forth in the previous order.

Plaintiff will have 30 days to file his amended complaint. If no amended complaint is received by the court within that time frame, the undersigned will issue appropriate orders for the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to provide Plaintiff with a copy of the court's October 29, 2009 order (Doc. 21);

2. The Clerk of the Court is also requested to provide Plaintiff with a copy of a blank prisoner civil rights complaint for his use; and

3. Plaintiff shall file an amended complaint within 30 days of the date of this order or the court will issue appropriate order to dismiss this action.

DATED: October 20, 2010

                                                              **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE